**SO ORDERED.**

**SIGNED this 29 day of April, 2010.**



_____
**MARGARET CANGILOS-RUIZ**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK          CHAPTER 13 PROCEEDING
_____

IN RE:  **DAVID SPENCER COOK,**          **ORDER DENYING CONFIRMATION**
        **KRISTEN LEIGH COOK,**          **AND ORDER OF DISMISSAL**

                         Debtors.          Case No.  **09-33026**
_____

      A hearing on confirmation of the above named debtor's plan having been heard on April 13,

2010 and Lynn Harper Wilson, Esq. having appeared on behalf of Mark W. Swimelar, Trustee and

there being no appearances made on behalf of the debtors, and the Court having reviewed all of

the pleadings and proceedings theretofore had herein and due deliberation having been had

thereon, it is accordingly

      **ORDERED, ADJUDGED and DECREED,** that confirmation of the debtor's plan filed

October 30, 2009 be and hereby is denied pursuant to 11 U.S.C. § 1307, §1322 and §1325, and it

is further

      **ORDERED,** that the case be and hereby is dismissed pursuant to 11 U.S.C. §1307(c), and

it is further

      **ORDERED,** that the Trustee is hereby directed to file a report of any receipts and

disbursements, and it is further

**ORDERED,** that the provisions 11 U.S.C. §362(a) and §1301 staying certain acts and proceedings against the debtors and the property are no longer in effect and that the creditors may now look directly to the debtors for satisfaction of any balances owing on their claims.

###